1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASON EDWARD HODGE, | ) | NO. CV 12-1992-GHK(E) |
| | ) | |
|     Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
|   v. | ) | |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| DOMINGO URIBE, JR., Warden, | ) | |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
|     Respondent. | ) | |
| | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner and counsel for Respondent.
4
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7  DATED:     11/25    , 2012.
8
9
10 _____
         GEORGE H. KING
11   CHIEF UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28